UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

LONDON CRIMINAL 04-92-KKC
AND LONDON CRIMINAL 05-24-KKC

UNITED STATES OF AMERICA                                    PLAINTIFF

VS:                          **OPINION AND ORDER**

PATRICIA BENITEZ                                            DEFENDANT

\* \* \* \* \* \* \*

An Order of Detention (DE #10) was entered on December 9, 2004 (04-92). Subsequently, the defendant was ordered to undergo a competency evaluation, which evaluation was performed at the Metropolitan Detention Center in Los Angeles, California. That evaluation, dated May 2, 2005, found the defendant competent to stand trial and further found that she was able to appreciate the nature, quality and wrongfulness of her actions during the time period of the offense.

At the hearing held on June 8, 2005, upon the defendant's "Motion for Bond" (DE #44, 05-24) counsel for the defendant introduced into evidence a letter from the defendant's daughter requesting that the defendant be allowed to reside at her residence pending trial and, by agreement of counsel, the Magistrate Judge

1

further considered the forensic evaluation from the Metropolitan Detention Center and testimony from the original detention hearing held before the Magistrate Judge on December 7, 2004.  Considering all of the above, the Magistrate Judge now concludes that the defendant has successfully rebutted the statutory presumption and that an order setting conditions of release should enter.

The forensic evaluation, although pointing out that the defendant is depressed, concluded that the defendant's depression is properly controlled by psychotropic medication prescribed to her.  It is further noted that she has not used or expressed a desire to use methamphetamine or any other controlled substances since her arrest.

Although the Magistrate Judge originally found that the weight of the evidence against this defendant is "strong", a review of the testimony of the witnesses who testified at the preliminary hearing/detention hearing held on December 7, 2004, reflect this not to be the case.  The officers did not testify as to any specific act of the defendant supporting the alleged conspiracy but, rather, the overall effect of the testimony was basically guilt by association.  That is, she was shown to be in Kentucky with members of the "Hernandez Family" at times when the conspiracy was furthered by members of the organization.

The defendant's criminal history is negative except for one conviction in Oklahoma state court for possession of a controlled substance on June 22, 2001. Ms. Benitez contends that she was not guilty of the offense but "took the rap" for her then husband, who was a convicted felon. At any rate, she served two years of supervised probation without any violations. Ms. Benitez is a United States citizen and has lived in the United States her entire life. She has seven children, all of whom reside in the United States, as well as two sisters, both of whom live in Phoenix, Arizona. The defendant's only income is approximately six hundred dollars per month in social security disability benefits.

Considering all of the above, the totality of the evidence rebuts the statutory presumption, and the Magistrate Judge does not consider the defendant to be either a risk of flight or a danger to the community. Any concerns in that regard can be addressed by conditions of release, including home incarceration at her daughter's residence.

It is therefore ORDERED that the Order of Detention entered on December 7, 2004 (DE #10), is VACATED. A separate Order Setting Conditions of Release will enter. *The defendant shall be brought into open court on June 10, 2005, at 10:00 a.m.* for the purpose of the Court explaining the conditions of release to her, and for such processing as may be required by the United States Probation

3

Office and the United States Marshal's Service.

This the 9th day of June, 2005.

Signed By:
*J.B. Johnson, Jr.*
United States Magistrate Judge